

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of M.R. and A.R., children    * From the 35th District Court
of Brown County,
Trial Court No. CV 16-10-384.

No. 11-18-00203-CV            * August 30, 2018

                                         * Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Appellant's motion for voluntary dismissal of this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.